# Notice Recipients

District/Off: 0208−1     User: Admin     Date Created: 7/23/2021
Case: 21−10536−shl     Form ID: pdn     Total: 59

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | James H. Shenwick | jshenwick@gmail.com |
| aty | Richard C. Morrissey | richard.morrissey@usdoj.gov |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alexander Gunn | 205 East 85th St    #12C    New York, NY 10028 |
| tr | Kenneth Silverman | Silverman Acampora LLP    100 Jericho Quadrangle    Suite 300    Jericho, NY 11753 |
| aty | Kenneth Silverman | Silverman Acampora LLP    100 Jericho Quadrangle    Suite 300    Jericho, NY 11753 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 7829044 | Internal Revenue Service | Post Office Box 7346    Philadelphia, PA 19101−7346 |
| 7824898 | 345 SEVENTH AVENUE, LLC | BERNSTEIN REAL ESTATE    150 WEST 30TH STREET, 20TH FL    NEW YORK, NY 10001 |
| 7824899 | A. ESTEBAN & COMPANY | 132 WEST 36TH STREET, 10TH FL    NEW YORK, NY 10018 |
| 7824900 | AMERICAN EXPRESS | PO BOX 650448    DALLAS, TX 75265 |
| 7824901 | ARC | 1510 CHESTER PIKE, SUITE 120    EDDYSTONE, PA 19022 |
| 7824902 | ASCEND HIRE INC. | C/O MARYLOU PAOLUCCI    16 TRENT LANE    SMITHTOWN, NY 11787 |
| 7849472 | Albert Togut, Chap. 7 Trustee of Gunn Landscape Ar | c/o Togut, Segal & Segal LLP    One Penn Plaza, Suite 3335    New York, NY 10119    Neil Berger, Esq. |
| 7831577 | American Express National Bank | c/o Becket and Lee LLP    PO Box 3001    Malvern PA 19355−0701 |
| 7851555 | Amish R. Doshi, Esq. | Doshi Legal Group, P.C.    1979 Marcus Avenue, Suite 210E    Lake Success, NY 11042    E−Mail: amish@doshilegal.com |
| 7824903 | BANK OF AMERICA | C/O RUBIN & ROTHMAN    1787 VETERANS HIGHWAY    ISLANDIA, NY 11749 |
| 7824904 | BLUE SKY DESIGN | 121 WEST 27TH STREET, STE 904    NEW YORK, NY 10001 |
| 7824905 | BRIGHT SUN LLC | 198 MAPLEWOOD AVE    MILFORD, CT 06460 |
| 7829410 | Bank of America, N.A. | P O Box 982284    El Paso, TX 79998−2238 |
| 7824906 | CARRIE CHATTERSON STUDIO | 336 Main Street, Ste 5    Wakefield, RI 02879 |
| 7824907 | CHASE | PO BOX 15153    WILMINGTON, DE 19887 |
| 7824908 | CITIBANK | 2 COURT SQUARE    LONG ISLAND CITY, NY 11120 |
| 7829152 | Citibank, N.A. | c/o Platzer, Swergold et al    475 Park Avenue South, 18th Fl    New York, NY 10016    Attn: T. Sadutto−Carley, Esq. |
| 7824909 | DELL BUSINESS CREDIT | PO BOX 5275    CAROL STREAM, IL 60197 |
| 7824910 | DOWNES FOREST PRODUCTS, LLC | C/O CERMELE & WOOD LLP    2 WESTCHESTER PARK DR, STE 110    WHITE PLAINS, NY 10604 |
| 7853871 | Downes Forest Products L.L.C. | c/o Cermele & Wood LLP    2 Westchester Park Dr. Ste. 110    White Plains, NY 10604 |
| 7824911 | EKISTICS PLANNING & DESIGN | 1 STARR LANE    DARTMOUTH NS B2Y4V7    CANADA |
| 7824912 | FEDEX | PO BOX 371461    PITTSBURGH, PA 15250 |
| 7824913 | GALLI ENGINEERING | 35 PINELAWN ROAD, SUITE 209E    MELVILLE, NY 11747 |
| 7824914 | HESTER STREET | 113 Hester St    NEW YORK, NY 10002 |
| 7824915 | HORZEPA SPIEGEL & ASSOCIATES | 30 WALL STREET, 8TH FLOOR    NEW YORK, NY 10005 |
| 7824916 | JP MORGAN CHASE | 270 Park Avenue    NEW YORK, NY 10017 |
| 7841583 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 7841585 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 7841587 | JPMorgan Chase Bank, N.A. | s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001 |
| 7824917 | MSS ELECTRONICS | 16 YELLOWSTONE AVE    WHITE PLAINS, NY 10607 |
| 7836458 | Melissa Gunn | 205 East 85th St    Apt 12C    New York, NY 10028 |
| 7824918 | NEW YORK STATE | PO BOX 4127    BINGHAMTON, NY 13902 |
| 7836457 | New York State Department of | Harriman Campus Rd    Albany, NY 12226 |
| 7824919 | RLI INSURANCE | PO BOX 844122    KANSAS CITY, MO 64184 |
| 7824920 | ROBERT BURNETT | c/o Thomas Gibbons    PO Box 3070    Southampton, NY 11968 |

| | | | | |
|---|---|---|---|---|
| 7851476 | Robert & Eunice Burnett | c/o Amish R. Doshi, Esq. | DOSHI LEGAL GROUP, P.C. | 1979 Marcus Avenue, Suite 210E Lake Success, NY 11042 |
| 7852541 | Robert & Eunice Burnett | c/o Amish R. Doshi, Esq. | DOSHI LEGAL GROUP, P.C. | 1979 Marcus Avenue, Suite 210E Lake Success, NY 110472 |
| 7824921 | SKYLINE RESTORATION | 49–28 31ST PLACE | Long Island City, NY 11101 | |
| 7824922 | SMART CHOICE | 56 WEST 45TH STREET, 2ND FL | NEW YORK, NY 10036 | |
| 7837409 | SMART CHOICE COMMUNICATIONS, LLC | THE LAW OFFICE OF J.D. CUZZOLINA | C/O JD CUZZOLINA, ESQ. | 5753 SANTA ANA CANYON RD #297 ANAHEIM HILLS CA 92807 |
| 7824923 | STAPLES ADVANTAGE | PO BOX 415256 | BOSTON, MA 02241 | |
| 7824924 | SUTTON | 12 WARREN STREET | NEW YORK, NY 10007 | |
| 7824925 | TELEPHONE DYNAMICS CORP | PO BOX 434 | MERRICK, NY 11566 | |
| 7824926 | THINK CONSTRUCTION | 282 Degraw St. Floor 3 | Brooklyn, NY 11231 | |
| 7824927 | TRAVELERS | PO BOX 660317 | DALLAS, TX 75266 | |
| 7824928 | TULA PLANTS AND DESIGN | 174 BOGART ST. #304 | BROOKLYN, NY 11206 | |
| 7824929 | VERIZON | PO BOX 408 | NEWARK, NJ 07101 | |
| 7824930 | VILCEK FOUNDATION | 21 East 70th Street | NEW YORK, NY 10021 | |
| 7824931 | WASTE CONNECTIONS | PO BOX 660654 | DALLAS, TX 75266 | |

TOTAL: 56